MANUEL GOLDBERG, as Administrator of the Estate of NATHAN M. GOLDBERG, Deceased, Respondent, *v.* MARY MARKOWITZ et al., Appellants.

*Goldberg* v. *Markowitz*, 94 App. Div. 237, affirmed.
(Argued June 9, 1905; decided October 3, 1905.)

APPEAL from a judgment, entered May 17, 1904, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendants entered upon a verdict directed by the court and directing judgment in favor of plaintiff.

*Abraham H. Sarasohn* for appellants.

*Herbert Goldmark* and *George C. Coffin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

NEIL McMAHON, an Infant, by LUCINDA McMAHON, His Guardian ad Litem, Appellant, *v.* CRUCIBLE STEEL COMPANY OF AMERICA, Respondent.

*McMahon* v. *Crucible Steel Co.*, 93 App. Div. 607; affirmed.
(Argued June 9, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 20, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*W. J. McClusky* for appellant.

*James G. Tracy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and WERNER, JJ. Absent: VANN, J.